# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **DENNISON ENTERPRISES, LLC, doing business as Jackson Medical Supply,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) No. 1:18-cv-01049-STA-egb ) |
| **DEPARTMENT OF HEALTH AND HUMAN SERVICES,** | ) ) ) ) |
| **Defendant.** | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DISMISSING PLAINTIFF'S COMPLAINT

On January 25, 2019, United States Magistrate Judge Edward G. Bryant entered his Report and Recommendation on Plaintiff's failure to respond to the Court's Order to Show Cause (ECF No. 7) for Plaintiff's failure to effect service and obtain counsel. (ECF No. 8.) The parties have not filed objections to the Report and Recommendation. The Court has reviewed Plaintiff's *pro se* Complaint (ECF No. 1), the Court's Order to Show Cause (ECF No. 7), and the Magistrate Judge's Report and Recommendation (ECF No. 8). The Court agrees with the conclusion of the Magistrate Judge. The Court hereby adopts the Magistrate Judge's Report and Recommendation pursuant to Fed. R. Civ. P. 72(b)(3). Consistent with the Report and Recommendation, Plaintiff's Complaint is **DISMISSED**.

**IT IS SO ORDERED**.

                                              **s/ S. Thomas Anderson**
                                              S. THOMAS ANDERSON
                                              CHIEF UNITED STATES DISTRICT JUDGE

                                              Date:  February 13, 2019